IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ] | |
| | ] | |
| | ] | |
| ROBERT REYNOLDS FRETZ, JR. | ] | CASE NO. 17-34238 |
| Debtor | ] | |
| | ] | |
| | ] | |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE, that the undersigned counsel represents LAMM & SMITH, P.C., a creditor and party in interest in the above-referenced case, and hereby enters its appearance pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), (f), Rule 3017(a) and Rule 9007.  All such notices and/or pleadings should be addressed as follows:

Scott T. Citek
Lamm & Smith, P.C.
3730 Kirby Drive, Suite 650
Houston, Texas 77098
Email:  scitek@lammsmith.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, request, schedules, statement of affairs or other paper filed herein, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above referenced case and the proceedings therein.

1

RESPECTFULLY SUBMITTED,

LAMM & SMITH, P.C.


By  /s/ Scott T. Citek
    Scott T. Citek
    TBA #04256570
    Email:  scitek@lammsmith.com
    3730 Kirby Drive, Suite 650
    Houston, Texas 77098
    TEL: (713) 228-2481
    FAX: (713) 651-1044

ATTORNEYS FOR
LAMM & SMITH, P.C.

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 19th day of July, 2017, a true and correct copy of the foregoing Notice of Appearance and Request for Service was served by electronic means on those parties listed on the Court's ECF Noticing System.


/s/ Scott T. Citek
Scott T. Citek