IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 17-34283-H1-7 |
| ROBERT REYNOLDS FRETZ, JR., § | (CHAPTER 7) |
| DEBTOR § | JUDGE ISGUR |
| § | |

## Trustee's Expedited Motion to Withdraw
## Amended Motion to Show Cause
### (Relates to Docket Entry Number 53)

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

TO THE HONORABLE MARVIN ISGUR, U.S. BANKRUPTCY JUDGE:

Rodney Tow, Trustee, files this Trustee's Expedited Motion to Withdraw Amended Motion to Show Cause (Docket Entry Number 53) and would show the Court as follows:

1. On Thursday, October 17, 2019, the Trustee received from the Debtor's attorney a cashier's check in the amount of $55,000. These funds were intended to repay the estate all of the $50,000 distribution it was entitled to receive in December 2018 and to partially repay all of the attorney fees incurred by the Estate relating to these funds. The Debtor is requesting time to pay the remaining balance of attorney fees. That balance would have been approximately

$3,000 but will be slightly higher since some preparation for the hearing has occurred. The Debtor and the Trustee intend to file a Motion to Compromise relating to the payment of the remaining attorney fees. The Motion to Compromise will not compromise the revocation of discharge issue. However, as explained below, if the estate is made whole the Trustee plans not pursue a revocation of discharge unless instructed otherwise.

### Facts

2. On December 13, 2018 the Debtor received a $50,000 wire transfer into his account related to the sale of a building owned by a partnership called SNB 412 Main (the "Partnership"). The Debtor, and subsequently the Estate, owned a 6% interest in the Partnership. The receipt of those funds occurred one day after the Trustee informed the Debtor that the Trustee was "trying to figure out how to deal with the partial interest in that real estate." Despite knowing that the Trustee was working that interest, the Debtor did not inform the Trustee of the receipt of the funds and the Debtor spent the funds in the following month.

3. When the Trustee finally learned that the distribution had occurred he began demanding turnover of the funds.[1] When the funds were not turned over, the Trustee filed the Motion for Show Cause Hearing and to Revoke the Debtor's Discharge Pursuant to 11 U.S.C. §727(d)(2). (Docket No. 50). On September 4, 2019 the Court denied the Motion without prejudice. (Docket No. 51). But, earlier in the day the Debtor had contacted the Trustee seeking to repay the funds and make the estate whole by repaying the $50,000 plus attorney fees. The Debtor delivered a check in the amount of $57,039.10 which would have

---

[1] A more detailed description of the events is included in the Amended Motion to Show Cause (Docket No. 53).

eliminated any loss to the estate as of that time. The Trustee waited for what he believed was a sufficient time for the check to clear and once the Trustee believed the check had cleared, on September 12, 2019 the Trustee prepared a Status Report stating that since the estate had been made whole "the cost of litigating an objection to discharge would outweigh the advisability of pursuing the discharge revocation." (See Exhibit A, paragraph 8). The Trustee sent the Status Report to the US Trustee to review. Later that day, the Trustee learned the check did not clear. He notified the US Trustee and did not proceed with filing the Status Report.

4. The Trustee then filed the Trustee's Amended Motion for Show Cause Hearing (Docket No. 53). Subsequently the Debtor's attorney contacted the Trustee about the returned check, he told the Trustee that he thought the Debtor could still borrow the funds from a friend but the friend was concerned that the discharge action would still proceed. The Trustee and Debtor attorney discussed that a discharge action cannot be compromised and that any resolution of this matter would not affect the Trustee's ability or other statutorily authorized parties' ability to pursue a discharge revocation. After a few days of considering it, the Trustee believed he could share the Status Report with the Debtor's attorney and he did so.

5. With no assurances of any sort, the Debtor through his attorney, sent the estate the $55,000 cashier's check mentioned above. The Debtor also requested a payout of the remaining fees.

Based on the foregoing, the Trustee requests the Court authorize the withdrawal of the Trustee's Expedited Motion to Withdraw Amended Motion to Show Cause, and cancel the hearing currently set for October 23, 2019 at 11:00 AM and for such other and further relief as is just.

        Respectfully submitted,

*/s/Rodney Tow*
Rodney Tow
State Bar Number 20152500
Fed ID 3196
Rodney Tow, PLLC
1122 Highborne Cay Court
Texas City, TX 77590
281-429-8300 (Office)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was mailed by first class US mail postage prepaid or via electronically to all parties listed on attached service list.

Signed this October 18, 2019.

*/s/Rodney Tow*
Rodney Tow

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 17-34283<br>Southern District of Texas<br>Houston<br>Tue Oct  8 10:12:14 CDT 2019 | Bridgecrest Credit Company, LLC<br>Bridgecrest Credit Company, LLC<br>PO BOX 29018<br>PHOENIX, AZ 85038-9018 | Lamm & Smith, PC<br>3730 Kirby Drive, Suite 650<br>Houston, TX 77098-3930 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Texas Comptroller of Public Accounts<br>Rachel R. Obaldo<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| 1st Community Credit Union<br>P.O. Box 840129<br>Houston, TX 77284-0129 | A Afforable Insulators<br>17515 Colony Creek Dr<br>Spring, TX 77379-2321 | AAA Paymaster Sales & Service<br>4660 Beechnut Suite 209<br>Houston, TX 77096-1805 |
| ABC Doors, Inc.<br>P.O. Box 20485<br>Houston, TX 77225-0485 | ACS Flooring Group, Inc.<br>Suite 190<br>1289 N. Post Oak Road<br>Houston, TX 77055-7253 | AECO Interior Contractors<br>P.O. Box 10378<br>Houston, TX 77206-0378 |
| AFA Systems, Inc.<br>4719 Ingersoll Street<br>Houston, TX 77027-6601 | Action Mobile Industries, LLC<br>P.O. Box 758689<br>Baltimore, MD  21275-8689 | Action Parking Area Maint.<br>P.O. Box 2144<br>Pearland, TX 77588-2144 |
| Action Trucking Company<br>P.O. Box 670506<br>Dallas, TX 75267-0506 | Adams Insurance Services Inc<br>P.O. Box 7011<br>Houston, TX  77248-7011 | Alpha Threaded Products<br>6426 Long Drive<br>Houston, TX 77087-3408 |
| Aluminium Techniques, Inc.<br>13302 Redfish Lane<br>Stafford, TX 77477-4422 | Always in Season<br>P.O. Box 271502<br>Houston, TX 77277-1502 | American Door Products<br>P.O. Box 55187<br>Houston, TX 77255-5187 |
| American Fence Company<br>13222 Reeveston Rd<br>Houston, TX 77039-4113 | American Fixtures<br>P.O. Box 2086<br>New Caney, TX  77357-2086 | Anne Whitlock and Michael Skelly<br>Suite 700<br>1001 McKinney St.<br>Houston, TX 77002-6448 |
| Aquinas Companies, LLC<br>Suite 1200<br>3900 Essex Lane<br>Houston, TX 77027-5486 | Architectural Floors<br>1803 Allen Parkway<br>Houston, TX 77019-2504 | Architecture Center Houston Foundation<br>Suite 120<br>315 Capitol St.<br>Houston, TX 77002-2827 |
| Associated Gen. Contractors<br>3825 Dacoma Steet<br>Houston, TX 77092-8717 | Athene Annunity and Life Co.<br>P.O. Box 29047<br>New York, NY 10087-9047 | Avadek<br>12130 Galveston Rd<br>Webster, TX 77598 |

| | | |
|---|---|---|
| Banks Plastering<br>Bldg B-100<br>26009 Budde Rd.,<br>Spring, TX 77380-2056 | Bayou City Masonry<br>6113 Clyde St.<br>Houston, TX 77007-2122 | Beirne, Maynard & Parsons, LLP<br>P.O. Box 27457<br>Houston, TX 77227-7457 |
| Big 4 Steel Services, L.P.<br>P.O. Box 3307<br>Spring, TX 77383-3307 | Big City Access Holdings, LLC<br>P.O. Box 678014<br>Dallas, TX 75267-8014 | Big Tex Welding Supply<br>6836 Long Drive<br>Houston, TX 77087-3416 |
| Blumenthal, Inc. 401K ESOP<br>1710 Burnett St.<br>Houston, TX 77026-7213 | Bradley Featherston<br>Suite 200<br>20333 State Hwy 249<br>Houston, TX 77070-2613 | Brandt Electrical Services, Inc.<br>Suite 400<br>751 Carolina<br>Katy, TX 77494-8380 |
| Bridgecrest Credit Company, LLC<br>PO BOX 29018<br>PHOENIX, AZ 85038-9018 | Bruegging Company<br>11226 Charles Rd<br>Houston, TX 77041-2400 | Bugtime Termite & Pest Control<br>235 FM 1960 East Bypass<br>Humble, TX 77338-3624 |
| Builders Gypsum Supply, LLP<br>P.O. Box 731242<br>Dallas, TX 75373-1242 | Burns DeLatte & McCoy, Inc.<br>320 Westcott<br>Houston, TX 77007-7027 | Burts Construction, Inc.<br>26117 Highway 249<br>Tomball, TX 77375-7356 |
| Buyers Barricades<br>P.O. Box 7498<br>Ft Worth, TX 76111-0498 | CKC Steel Erectors, LLC<br>P.O. Box 841007<br>Houston, TX 77284-1007 | (p)CLS TECHNOLOGY INC<br>5206 EAST 3RD STREET<br>KATY TX 77493-2112 |
| CP Applications, LLC<br>P.O. Box 590826<br>Houston, TX 77259-0826 | Chamberlin Houston, LLC<br>7510 Langtry<br>Houston, TX 77040-6629 | Champion Rentals, Inc.<br>6903 North Shepherd<br>Houston, TX 77091-2523 |
| Chase<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | Circle Saw Builders Supply<br>2510 Ella Blvd<br>Houston, TX 77008-2712 | Coastal Supplies and Services, Corp.<br>7700 Eagle Lane<br>Spring, TX 77379-3183 |
| Commercial Tile & Marble<br>11226 Charles Rd<br>Houston, TX 77041-2400 | Concrete Cleaning, Inc.<br>P.O. Box 73452<br>Houston, TX 77273-3452 | Conroe Welding Supply, Inc.<br>415 South Frazier<br>Conroe, TX 77301-5098 |
| Contruction Ecoservices<br>P.O. Box 672987<br>Houston, TX 77267-2987 | Core Associates, LLC<br>c/o Merrill Lynch<br>105 South Bedford Road<br>Mount Kisco, NY 10549-3441 | Crawford Electric Supply Company, Inc.<br>c/o Andrews Myers, PC<br>Attn: Lisa M. Norman<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4176 |

| | | |
|---|---|---|
| Cristo Rey Jesuit College Preparatory Sc<br>6700 Mount Carmel Steet<br>Houston, TX 77087-6624 | D & H Masonry<br>5719 Edward Drive<br>Houston, TX 77032-2611 | David Morris, Architect<br>5707 Reamer<br>Houston, TX 77096-2936 |
| Discover<br>P.O. Box 790213<br>St. Louis, MO 63179-0213 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Loans<br>P.O. Box 6105<br>Carol Stream, IL 60197-6105 |
| Discover Personal Loans<br>PO Box 30954<br>Salt Lake City, UT 84130-0954 | Diversified Plastering<br>15250 Sellers Road<br>Houston, TX 77060-4516 | Don F. Russell, PC<br>Suite 610<br>4635 Southwest Freeway<br>Houston, TX 77027-7105 |
| Door King<br>2209 Hurfus Dr<br>Houston, TX 77092-8109 | Dow Pipe & Fence Supply Co<br>1802 Preston Road<br>Pasadena, TX 77503-2919 | ESC Consultants, Inc.<br>P.O. Box 691447<br>San Antonio, TX 78269-1447 |
| Eickhof Columbaria, Inc.<br>P.O. Box 537<br>Crookston, MN 56716-0537 | Empire Steel Erectors, LP<br>2227 Wilson Road<br>Humble, TX 77396-4415 | Episcopal Health Foundation<br>Suite 300<br>500 Fannin St.<br>Houston, TX 77002-3159 |
| Excel Carpets, Inc.<br>511 Rankin Circle North<br>Houston, TX 77073-4311 | Fast Track Specialties, Inc.<br>Suite 180<br>7807 Bluff Point Drive<br>Houston, TX 77086-1782 | Fastenal Company<br>P.O. Box 978<br>Winona, MN 55987-0978 |
| Fireproof Contractors, Inc.<br>P.O. Box 550107<br>Houston, TX 77255-0107 | First Colony Church of Christ<br>2140 First Colony Blvd<br>Sugarland, TX 77479-4299 | First Colony Church of Christ<br>c/o Jeff Carruth<br>Weycer, Kaplan, Pulaski & Zuber, P.C.<br>3030 Matlock Rd., Ste. 201<br>Arlington, TX 76015-2936 |
| Forney Construction<br>Suite 200<br>8945 Long Point Rd<br>Houston, TX 77055-3036 | Frank H. Holcomb PC<br>Suite 2930<br>1330 Post Oak Blvd<br>Houston, TX 77056-3234 | GTS Window Coverings LLC<br>11423 Sagegrove Lane<br>Houston, TX 77089-4623 |
| Gainsborough Waste<br>P.O. Box 4509-2<br>Houston, TX 77210-4509 | Graco Interests, Inc. d/b/a Graco Mechanical<br>c/o Jeff Carruth<br>Weycer, Kaplan, Pulaski & Zuber, P.C.<br>3030 Matlock Rd., #201<br>Arlington, TX 76015-2936 | Graco Mechanical<br>5910 Schmacher Lane<br>Houston, TX 77057-7188 |
| Graves Mechanical<br>5941 Schumacher Lane<br>Houston, TX 77057 | Gulf Coast Erectors, Inc.<br>5314 Spencer Highway<br>Pasadena, TX 77505-1514 | Gulf Storage Partners, LP<br>P.O. Box 791003<br>Baltimore, MD 21279-1003 |

| | | |
|---|---|---|
| (p)HG FIRE SYSTEMS  LP<br>15102 SOMMERMEYER<br>SUITE 100<br>HOUSTON TX 77041-5366 | High Quality Structural<br>10322 Chatteron Drive<br>Houston, TX 77043-3335 | Hilti, Inc. - TX<br>Dept 0890<br>P.O. Box 120001<br>Dallas, TX  75312-0890 |
| Home Depot<br>Dept 32-2500754670<br>P.O. Box 9001043<br>Louisville, KY  40290-1043 | IPlumb<br>308 W. Pasadena Freeway<br>Pasadena, TX 77506-1240 | Iklo Glass<br>47 Lake Sterling Gate Dr<br>Spring, TX 77379-7205 |
| Image Stone Design, Inc.<br>3118 Golfcrest Blvd<br>Houston, TX 77087-2406 | Industrial Matt Co.<br>P.O. Box 896<br>Clute, TX 77531-0896 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Iron Access<br>3815 Hollister St.<br>Houston, TX  77080-1848 |
| Iron Works Doors<br>4603 Bridgeview Lane<br>Spring, TX 77388-4304 | Jarrar & Company, Inc.<br>9119 Emmott Road<br>Houston, TX 77040-3513 | KGI<br>Suite 450<br>11251 NW Freeway<br>Houston, TX 77092-6553 |
| Kiley Advisors, LLC<br>Suite 104<br>99 Deteringm<br>Houston, TX 77007-8225 | Kirksey<br>6909 Portwest Drive<br>Houston, TX 77024-8010 | Klinger Specialties Direct, Inc<br>3300 East TC Jester Blvd<br>Houston, TX  77018 |
| Krongberg's Flags/Flagpoles<br>7106 Mapelridge<br>Houston, TX 77081-6626 | LMS<br>c/o Jeffrey B. Kaiser<br>Kaiser, PC<br>2211 Norfolk Suite 528<br>Houston, TX 77098-4055 | Lakey Electric Co<br>P.O. Box 40279<br>Houston, TX  77240-0279 |
| Lamm & Smith, PC<br>Suite 650<br>3730 Kirby Dr<br>Houston, TX 77098-3930 | Landscape Art, Inc.<br>2303 Dickinson Ave<br>League City, TX 77573-8209 | Larry Minns, Landscape Architect<br>7670 S. FM 1486 Road<br>Montgomery, TX 77316-3822 |
| Laser Acoustics, Inc.<br>Suite K<br>11391 Meadowglen Lane<br>Houston, TX 77082-2648 | Leon's Concrete<br>6641 Midfield Drive<br>Houston, TX 77092-5717 | Letsos Company<br>P.O. Box 36927<br>Houston, TX 77236-6927 |
| Life Storage<br>8726 Long Point Rd.<br>Houston, TX 77055-3004 | Light<br>4202 Richmond Ave<br>Houston, TX 77027-6814 | Lighthouse of Houston<br>3602 West Dallas<br>Houston, TX 77019-1704 |

| | | |
|---|---|---|
| Linbeck<br>Suite 1200<br>3900 Essex Lane<br>Houston, TX 77027-5486 | Linden Kranz<br>1931 Wilderness Point Rd<br>Kingwood, TX 77339-2240 | Livingston Construction Services<br>719 Turkey Creek<br>Livingston, TX 77351-8245 |
| Lone Star Overnight<br>P.O. Box 149225<br>Austin, TX 78714-9225 | Lowe's Commercial Services 4847<br>P.O. Box 530954<br>Atlanta, GA 30353-0954 | Lowery Masonry, LLC<br>P.O. Box 750516<br>Houston, TX 77275-0516 |
| Luebe Jones, Inc. d/b/a Avadek<br>c/o Charles E. Lobb Jr.<br>Murray Lobb, PLLC<br>700 Gemini Suite 115<br>Houston, TX 77058-2735 | MGC, Inc.<br>6800 Sands Point Drie<br>Houston, TX 77074-3730 | MHC Consulting Inc.<br>P.O. Box 9057<br>Spring, TX 77387-9057 |
| Marchal/Stevenson Elev. Co.<br>11050 W. Little York Bldg E<br>Houston, TX 77041-5056 | Mark Ward<br>No. 2C<br>919 Prarie Street<br>Houston, TX 77002-3141 | Mary Fretz Senn<br>9421 El Rey Blvd.<br>Austin, TX 78737-1266 |
| McLemore bldg. Maintenance, Inc.<br>110 Fargo Street<br>Houston, TX 77006-2097 | Melton and Melton<br>Suite 200<br>6002 Rogerdale,<br>Houston, TX 77072-1660 | Meyerland Glass & Mirror Co<br>12922 Murphy Road<br>Stafford, TX 77477-3904 |
| Michael Crowsen<br>3115 Virginia Street<br>Houston, TX 77098-2133 | Millis Equipment<br>Suite 240<br>931 Pheasant Valley Dr<br>Missouri City, TX 77489-1323 | Minuteman Press Downtown<br>Suite A<br>2117 Chenevert St<br>Houston, TX 77003-5845 |
| Mobile Mini, Inc.<br>P.O. Box 7144<br>Pasadena, CA 91109-7144 | Montalbano Lumber<br>1309 Houston Avenue<br>Houston, TX 77007-6296 | Naegeli Transportation<br>7201 Easthaven Blvd<br>Houston, TX 77017-6503 |
| National Construction Rentals<br>16207 Aldine Westfield<br>Houston, TX 77032-1307 | National Terrazzo Tile & Marble, Inc<br>5728 Hoodstreet<br>Houston, TX 77023-5998 | Occupational Health Centers of Southwest<br>P.O. Box 9005<br>Addison, TX 75001-9005 |
| Overhead Door Company of Houston<br>11533 South Main<br>Houston, TX 77025-5987 | Pampered Lawns, Inc.<br>5602 Centralcrest<br>Houston, TX 77092-7096 | Peak Roofing, Inc.<br>P.O. Box 70768<br>Houston, TX 77270-0768 |
| Pella Products of Houston<br>8700 Fallbrook Dr<br>Houston, TX 77064-3317 | Pinnacle Structural Engineers<br>Suite 410<br>3120 Southwest Freeway<br>Houston, TX 77098-4510 | Precision Demolition, LLC<br>5909 Gardendale Dr<br>Houston, TX 77092-7019 |

```
Preferred Foodservice Design Supply, Inc    Pyrotex Systems, Inc.                   Quality Fasteners, Inc.
Suite 575                                   P.O. Box 1639                           15023 Willis St
3605 Willowbend Blvd                        Alvin, TX 77512-1639                    Houston, TX  77032-2723
Houston, TX 77054-1196


R&M Service, Inc.                           Ram Tool & Supply Inc.                  Raven Mechanical, LP
918 W Donovan                               P.O. Box 743487                         1618 Buschong
Houston, TX 77091-5653                      Atlanta, GA  30374-3487                 Houston, TX 77039-1207


Raven Mechanical, LP                        Regions Bank                            Regions Mortgage
c/o Andrews Myers, PC                       P.O. Box 11007                          P.O. Box 2153
Attn: Lisa M. Norman                        Birmingham, AL 35288-0001               Dept 2520
1885 Saint James Place, 15th Floor                                                  Birmingham, AL  35287-2520
Houston, Texas 77056-4176


Remedy Roofing, Inc.                        Renfrow Metalsmiths                     Renfrow Metalsmiths, LLC
Suite 402                                   923 Wakefield Dr                        c/o Andrews Myers, PC
21925 Franz Road                            Houston, TX 77018-6203                  Attn: Lisa M. Norman
Katy, TX 77449-3723                                                                 1885 Saint James Place, 15th Floor
                                                                                    Houston, Texas 77056-4176


Rob Pelletier Construction, Inc.            Robert R Fretz Jr                       Rodney Tow
12402 Eastex Freeway                        American Life Insurance Corp            26219 Oak Ridge Drive
Houston, TX 77039-4916                      5900 O Street                           The Woodlands, TX 77380-1960
                                            Lincoln NE 68510


Rosslyn Building Systems, Inc,.             Ryder Insulation, Inc.                  SKAI Foundation
10803 Donna                                 5810 N. Houston Rosslyn Road            c/o Aaron J. Power
Houston, TX 77041-5101                      Houston, TX 77091-3402                  Porter Hedges LLP
                                                                                    1000 Main Street, 36th Floor
                                                                                    Houston, TX 77002-6341


Sani-Weld, Inc.                             Santiago Iron Works, Inc.               Scaffold Solutions Inc
1614 Isom                                   2237 Wisconsin Street                   P.O. Box 590733
Houston, TX 77039-5310                      Dallas, TX 75229-2031                   Houston, TX  77259-0733


Schindler Elevator Corp                     Sherwin-Williams                        Skai Foundation
Suite 100                                   2821 Gulf Freeway                       580 T.C. Jester
2105 Silber Road                            Houston, TX 77003-5332                  Houston, TX 77007-1127
Houston, TX 77055-2653


Southern Tile & Terrazzo, Inc.              Stainless Steel Custom Fabricators, Inc. (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
6829 Lindbergh                              P.O. Box 450132                         REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
Houston, TX 77087-5118                      Houston, TX  77245-0132                 PO BOX 13528
                                                                                    AUSTIN TX 78711-3528


Steelco, Inc.                               Steven R. Hill Construction Co., Inc    Sun Coast Resources, Inc.
Suite 260                                   8534 Rayson Road                        P.O. Box 202603
11210 Steeplecrest Dr                       Houston, TX 77080-3625                  Dallas, TX 75320-2603
Houston, TX 77065-4988
```

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA  30384-9211

Sunset Glass Tinting
3760 Greenbriar Dr
Stafford, TX 77477-3924

Superior Automatic Fire System
94 White Road
Houston, TX 77047-6008

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

T.A. Construction Services LLC
Building A
21912 Mueschke Road
Tomball, TX 77377-3519

T.A.S. Commercial Concrete Construction
19319 Oil Cente Blvd
Houston, TX 77073-3354

T.W. Robinson, Inc.
Suite 100
16757 Squyres Rd,.
Spring, TX 77379-7294

TDC Waterproofing and Restoration LLC
4417 Campbell Rd
Houston, TX 77041-9102

(c)TLS TRUCKING & CONTRACTING INC
910 HUNTERS CREEK WAY
HOCKLEY TX  77447-3855

TNTMC
P.O. Box 55544
Houston, TX 77255-5544

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

Texas Mutual Insurance Company
P.O. Box 841843
Dallas, TX  75284-1843

Texas Outhouse, Inc.
P.O. Box 4509-1
Houston, TX  77210-4509

Texas Workforce Commssion
Labor Law Payment Division
P.O. Box 684483
Austin, TX  78768-4483

Thomas Printworks
P.O. Box 740967
Dallas, TX  75374-0967

Tobin & Rooney, Inc.
P.O. Box 6873
Houston, TX  77265-6873

Tobin & Rooney, Inc.
c/o Andrews Myers, PC
Attn: Lisa M. Norman
1885 Saint James Place, 15th Floor
Houston, Texas 77056-4176

Triple-S Steel Supply Company
P.O. Box 21119
Houston, TX 77226-1119

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Underwood Sheetmetal, Inc.
P.O. Box 70768
Houston, TX 77270-0768

United States Trustee
Suite 3516
515 Rusk
Houston, TX 77002-2604

VR Special Services
P.O. Box 12958
Houston, TX 77217-2958

Vaughn Construction Company
10355 Westpark Dr
Houston, TX 77042-5312

Vernon Masonry Inc
P.O. Box 878
Humble, TX 77347-0878

W&W Telephone Co., Inc
P.O. Box 576
Tomball, TX  77377-0576

Western Specialty Contractors of America
8813 Fairbanks N. Houston Rd
Houston, TX 77064-6802

William C. Lipscomb
1710 Burnett St.
Houston, TX 77026-7213

Williams Scottsman, Inc
P.O. Box 91975
Chicago, IL  60693-1975

Winstead PC
Attn; Accounts Receivables
2728 N. Harwood Street
Dallas, TX 75201-1743

Young & Sons Drywall, LP
P.O. Box 550683
Houston, TX 77255-0683

```
Ziegler Cooper Architects        Zimmerman Interests, Inc.       Edwin (Jack) Lamm III
Suite 1200                       3410 Montrose Blvd              3730 Kirby Drive, Suite 650
600 Travis                       Houston, TX 77006-4329          Houston, TX 77098-3930
Houston, TX 77002-1279


Johnie J Patterson               Mike Jarrar Jarrar & Company, Inc.   Miriam Goott
Walker & Patterson,P.C.          9119 Emmott Rd.                 Walker & Patterson, PC
P.O. Box 61301                   Houston, TX 77040-3513          PO Box 61301
Houston, TX 77208-1301                                           Houston, TX 77208-1301


Robert Reynolds Fretz Jr         Rodney D Tow
919 Prairie St. No. 3C           Rodney Tow, PLLC
Houston, TX 77002-3142           1122 Highborne Cay Court
                                 Texas City, TX 77590-1403
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CLS Technology, Inc.             HG Fire Systems, LP             Internal Revenue Service
P.O. Box 1066                    Suite 100                       Special Procedures
Katy, TX  77492-1066             15102 Sommermeyer               1919 Smith, Stop 5024 HOU
                                 Houston, TX 77041               Houston, TX 77002


(d)Internal Revenue Service      State Comptroller
Special Procedures               Revenue Accounting Div - Bankr. Sec
Stop 5022 HOU                    P.O. Box 13528
1919 Smith St.                   Austin, TX  78711-3528
Houston, TX  77002
```

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
TLS Trucking & Contracting Inc
20910 Hunters Creek Way
Hockley, TX  77447
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)B & D Contractors, Inc.       (u)Blumenthal, Inc. 401(k) ESOP    (u)Crawford Electric Supply Company, Inc.
```

| | | |
|---|---|---|
| (u)Raven Mechanical, LP | (u)SKAI Foundation | (u)Tobin & Rooney, Inc. |
| (u)Lamm & Smith, P.C. | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   217<br>Bypassed recipients     8<br>Total                  225 |